NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. TROPP,**
*Plaintiff-Appellant,*

v.

**CONAIR CORPORATION, HP MARKETING CORP. LTD., L.C. INDUSTRIES, LLC, MASTER LOCK COMPANY LLC, SAMSONITE CORPORATION, TITAN LUGGAGE USA, TRAVELPRO INTERNATIONAL INC., AND TRG ACCESSORIES, LLC,**
*Defendants-Appellees,*

AND

**BRIGGS & RILEY TRAVELWARE LLC,**
*Defendant-Appellee,*

AND

**VF OUTDOOR, INC., BROOKSTONE COMPANY, INC., AND BROOKSTONE STORES, INC.,**
*Defendants-Appellees,*

AND

**DELSEY LUGGAGE INC.,**
*Defendant-Appellee,*

AND

**EBAGS, INC.,**
*Defendant-Appellee,*

AND

## MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION,
*Defendant-Appellee,*

AND

## TUMI, INC.,
*Defendant-Appellee,*

AND

## WORDLOCK, INC.,
*Defendant-Appellee,*

AND

## EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC. AND OUTPAC DESIGNS INC.,
*Defendants.*

---

2011-1583

---

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-4446, Judge Eric N. Vitaliano.

---

ON MOTION

---

ORDER

David A. Tropp moves without opposition to reinstate this appeal and for an extension of time to file a corrected brief.

On April 9, 2012, this court dismissed this appeal for failure Tropp's failure to file a corrected brief. The court

notes that Tropp has since filed a corrected brief, and that appellees have filed their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. The court's April 9, 2012 order dismissing this appeal is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The appellant's reply brief, if any, is due within 14 days of this order.

FOR THE COURT

**JUN 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Neil P. Sirota, Esq.
Ronald D. Coleman, Esq.
Jeffrey A. Schwab, Esq.
Brian Andrew Carpenter, Esq.
William L. Prickett, Esq.
Christopher Francis Lonegro, Esq.
Janet L. Cullum, Esq.
Robert J. Kenney, Esq.
Thomas F. Fitzpatrick, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 7 2012

JAN HORBALY
CLERK